Ryan Lee, Esq. (SBN 024846)
Krohn & Moss, Ltd.
10635 Santa Monica Blvd. STE 170
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
rlee@consumerlawcenter.com
Attorney for Plaintiff
DONNA BLAKE

**IN THE UNITED STATES DISTRICT COURT,**
**DISTRICT OF ARIZONA-TUCSON COURTHOUSE**

| | |
|---|---|
| DONNA BLAKE,<br><br>        Plaintiff,<br><br>    vs.<br><br>MANN BRACKEN, LLC.,<br><br>        Defendant. | Case No.:<br><br>**COMPLAINT AND DEMAND FOR JURY TRIAL**<br><br>**(Unlawful Debt Collection Practices)** |

**COMPLAINT**

DONNA BLAKE (Plaintiff), by her attorneys, KROHN & MOSS, LTD., alleges the following against IC SYSTEMS (Defendant):

**INTRODUCTION**

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).  According to the FDCPA, the United States Congress has found abundant evidence of the use of abusive, deceptive, and unfair debt collection practices by many debt collectors, and has determined that abusive debt collection practices contribute to the number of personal bankruptcies, to marital instability, to the loss of jobs, and to invasions of individual privacy.  Congress wrote the FDCPA to

- 1 -

COMPLAINT

1. eliminate abusive debt collection practices by debt collectors, to insure that those debt collectors who refrain from using abusive debt collection practices are not competitively disadvantaged, and to promote consistent State action to protect consumers against debt collection abuses. *15 U.S.C. 1692(a) – (e)*.

2. Plaintiff brings this action to challenge Defendant's actions with regard to attempts by Defendant, a debt collector, to unlawfully and abusively collect a debt allegedly owed by Plaintiff, and this conduct caused Plaintiff damages.

3. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## JURISDICTION AND VENUE

4. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy" and *28 U.S.C. 1367* grants this court supplemental jurisdiction over the state claims contained therein.

5. Because Defendant maintains a business office and conducts business in the state of California, personal jurisdiction is established.

6. Venue is proper pursuant to *28 U.S.C. 1391(b)(1)*.

7. Declaratory relief is available pursuant to *28 U.S.C. 2201 and 2202*.

## PARTIES

8. Plaintiff is a natural person who resides in the city of Tucson, Pima County, Arizona and is allegedly obligated to pay a debt and is a "consumer" as that term is defined by *15 U.S.C. 1692a(3)*.

9. Defendant is a national company with a business office in Rockville, Montgomery County, Maryland.

10. Defendant uses instrumentalities of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another and is a "debt collector" as that term is defined by *15 U.S.C. § 1692a(6)*.

## FACTUAL ALLEGATIONS

11. Defendant constantly and continuously places calls to Plaintiff seeking and demanding payment for an alleged consumer debt. (see voicemail messages attached hereto as exhibit "A").

12. Defendant constantly and continuously places collection calls to Plaintiff's home at (520) 327-5670.

13. Defendant constantly and continuously places collection calls to Plaintiff's place of employment at (520) 795-9313.

14. Plaintiff sent Defendant a cease and desist letter which Defendant received (see cease and desist letter and returned receipt attached hereto as Exhibit "B").

15. Defendant continued to contact Plaintiff after receiving said cease and desist letter.

16. Plaintiff's letter to Defendant also requested debt validation and verification. Defendant failed to provide Plaintiff with a response.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

17. Defendant violated the FDCPA based on the following:

    a. Defendant Violated *§1692c(c)* of the FDCPA by communicating with Plaintiff after receiving written notice that Plaintiff refuses to pay the debt and Plaintiff wants collector to cease communication.

    b. Defendant Violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, and abuse Plaintiff.

    c. Defendant Violated *§1692d(5)* of the FDCPA by causing a telephone to ring and engaging Plaintiff repeatedly and continuously with the intent to annoy, abuse, and harass.

    d. Defendant violated *§1692d(6)* of the FDCPA by placing telephone calls without meaningful disclosure of callers identity.

    e. Defendant violated *§1692e(10)* of the FDCPA by engaging in deceptive means to collect a debt or obtain information about a consumer.

    f. Defendant violated *§1692f* of the FDCPA by engaging in unfair practices and unconscionable means to collect or attempt to collect an alleged debt.

18. As a direct and proximate result of one or more or all of the statutory violations above Plaintiff has suffered emotional distress (see Exhibit "C").

WHEREFORE, Plaintiff, DONNA BLAKE, respectfully requests judgment be entered against Defendant, MANN BRACKEN, LLC, for the following:

19. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,

20. Statutory damages pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

21. Actual damages,

22. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

23. Any other relief that this Honorable Court deems appropriate.

//
//
//
//

**DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, DONNA BLAKE, demands a jury trial in this cause of action.

RESPECTFULLY SUBMITTED,

DATED:  January 12, 2009                KROHN & MOSS, LTD.


By: _____/s/Ryan Lee_____
              Ryan Lee
              Attorney for Plaintiff

COMPLAINT

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF ARIZONA

Plaintiff, DONNA BLAKE, states as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, DONNA BLAKE, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: 1/12/09                          _____
                                       DONNA BLAKE

## **EXHIBIT A**

**Plaintiff is in possession of voicemails and will disclose upon request.**

# **EXHIBIT B**

COMPLAINT

MANN BRACKEN LLP
Two Irvington Center
702 King Farm Blvd. *6th Floor*
Rockville, MD 20850-5775

RE: *Collection Letter Dated November 10, 2008*

Donna Blake
3935 North Country Club Rd. #24
Tucson, Arizona 85716

22. November, 2008

ATTENTION;:

THIS IS A *LETTER OF DISPUTE* OF YOUR CLAIM FOR COLLECTIONS ON A DEBT.

THIS IS A *DISPUTE OF AN ACCOUNT*

THIS IS A *DEMAND FOR VALIDATION* TO SUBSTANTIATE YOUR CLAIM and verify all documentation including name and address of original creditor, account number, legal ownership of the account.

THIS IS A *DEMAND FOR YOUR ARBITRATION CLAUSE*.

**THIS IS A DEMAND FOR PROOF OF YOUR LICENSE TO COLLECT IN MY STATE INCLUDING YOUR LICENSE NUMBER.**

PLEASE NOTE: I have reported you to local, state and federal authorities for violations of the FDCPA for harassing phone calls and messages and statement that you are a law firm representing American Express. Do not call or harass me in any way.

**If you do not respond to every and all of my demands within 30 days of the signed receipt of this letter, I will file a lawsuit against you for violations of FDCPA, illegal collection practices, harassment, violation of my consumer's rights, and fraud.**

This correspondence is being sent by Certified Mail/Signed Receipt Requested.

D. Blake

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mann Bracken LLP
   2 Irvington Blvd
   5th Floor
   Rockville MD
   20850-5775

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   *Mann Bracken, LLC*   ☑ Agent
                         ☐ Addressee

B. Received by ( Printed Name )     C. Date of Delivery
                                      1/4/11

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)   7008 1140 0002 9587 7870

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

D. Blake
3935 N. County Club Rd
#21
Tucson AZ 85716

Experian
P.O. Box 2104
Allen, TX 75013

**RE: Donna Blake**
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

**ATT: PERSONAL STATEMENT**

Please add the following personal statement by me to my credit report:

**In 2007 I suffered six months of progressive illness, hospitalization, two surgeries, and inability to work for a year. I lived on savings.**

**In crisis, I wrote and called creditors in an effort to initiate a payoff plan I could maintain. I was refused. Denying me a plan I could handle during my long recovery, my former excellent credit and income have been ruined by medical emergency. I have attempted to work with creditors toward a solution, with consistent refusal by them to assist, while instead loading on even more accrued fees. Accounts are now 40% more than original debts.**

Thank you,

*[signature: Donna Blake]*

Donna Blake
3935 North Country Club Rd.,#24
Tucson, AZ 85716

**EXHIBIT C**

COMPLAINT

I have suffered from the following due to, or made worse by, the actions of the Defendant's debt collection activities:

1. Sleeplessness — **YES** / NO
2. Fear of answering the telephone — **YES** / NO
3. Nervousness — **YES** / NO
4. Fear of answering the door — **YES** / NO
5. Embarrassment when speaking with family or friends — **YES** / NO
6. Depressions (sad, anxious, or "empty" moods) — **YES** / NO
7. Chest pains — **YES** / NO
8. Feelings of hopelessness, pessimism — **YES** / NO
9. Feelings of guilt, worthlessness, helplessness — **YES** / NO
10. Appetite and/or weight loss or overeating and weight gain — **YES** / NO
11. Thoughts of death, suicide or suicide attempts — **YES** / NO
12. Restlessness or irritability — **YES** / NO
13. Headache, nausea, chronic pain or fatigue — **YES** / NO
14. Negative impact on my job — **YES** / NO
15. Negative impact on my relationships — **YES** / NO

Other physical or emotional symptoms you believe are associated with abusive debt collection activities: _I had excellent credit, and now collection has placed numerous negative notices against me. The stress has caused me to become very easily dehydrated with increased metabolism. I am very much afraid of being re-hospitalized with kidney stones again._

Pursuant to 28 U.S.C. § 1746(2), I hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: _1/12/09_

_Donna Blake_
Signed Name

_Donna Blake_
Printed Name